**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN,
ATTORNEY AT LAW

TELEPHONE: 212-748-1636
212-858-
E-MAIL: CARVLIN@HOTMAIL.COM

November 8, 2019          **MEMO ENDORSED**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/19
```

Re:   United States v. Ortiz,
       13-cr-687 (RMB);

Dear Judge Berman:

I write to request a new conference date in this case. As the Court knows, Mr. Ortiz did not appear on November 6. His Probation Officer, Ms. Gilmore, has since contacted the shelter where Mr. Ortiz is now living and was informed that Mr. Ortiz lost his cellphone, which apparent contained his calendar. He had forgotten the Court date. After consulting, the parties ask that the Court set a date in the near future. The government and defense are available Monday the 18th of November, Wednesday the 20th and Thursday the 21st of November.

Respectfully submitted,

*Stephanie M. Carvlin*

Conference is scheduled for 11/18/19 at 9:00 am.

cc:   AUSA Andrea Griswold (via ECF)
       AUSA Margaret Graham (via ECF)

SO ORDERED:
Date: 11/12/19    *Richard M. Berman*
                  Richard M. Berman, U.S.D.J.