**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

      - against -

Sammy Ortiz,

                Defendant.
------------------------------------------------------------x

13 Cr 587 (RMB)

**ORDER**

The conference in this matter is rescheduled from 12:45 pm on March 10, 2020 to 10:00 am on March 16, 2020.

Dated: New York, New York
         March 10, 2020



**RICHARD M. BERMAN**
**U.S.D.J.**