**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                        13 CR. 687 (RMB)
   -against-

                                                                        **ORDER**

SAMMY ORTIZ,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Thursday, August 6, 2020 at 11:30 AM is hereby rescheduled to Thursday, August 20, 2020 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 6871

Dated: July 22, 2020
       New York, NY

                                                          _____
                                                            RICHARD M. BERMAN
                                                                U.S.D.J.