UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

SAMMY ORTIZ,
                Defendant.
------------------------------------------------------------X

13 CR. 687 (RMB)

**ORDER**

      The telephone status conference previously scheduled for Thursday, August 20, 2020 at 11:30 AM is hereby rescheduled to Wednesday, October 21, 2020 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 6871

Dated: August 10, 2020
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.