**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                         Government,                              **ORDER**

         -against-                                       13 **CR.** 687 (RMB)

SAMMY ORTIZ,

                         Defendant(s).
------------------------------------------------------------X

        Based upon the record in this case and including the hearing held on January 26, 2021,

the Court expects Mr. Ortiz to comply fully with the terms of his supervised release, including,

without limitation, the following:

        1- completion of a detoxification program **forthwith**;

        2- participation and completion of psychiatric evaluation forthwith;

        3- regular participation in an intensive outpatient program as directed by Probation;

        4- regular participation in all therapeutic counseling appointments; and

        5- arraignment with respect to outstanding probation specifications on or before February

8, 2021.

        Probation shall notify the Court immediately if there is **any** noncompliant behavior

exhibited by Mr. Ortiz.

        Please note that failure by Mr. Ortiz to comply with the conditions of supervised release

may result in an accelerated hearing date and/or an immediate remand.  See Transcript of

proceedings held on January 26, 2021 for a complete record.

Dated: New York, New York
         January 27, 2021

_____
        **RICHARD M. BERMAN, U.S.D.J.**