UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                           Government,                      **ORDER**

      -against-                                     13 **CR.** 687 (RMB)

SAMMY ORTIZ,
                           Defendant(s).
-------------------------------------------------------------X

        Based upon the record in this case and including, without limitation, the hearing held on January 26, 2021, the Order dated January 27, 2021, the hearing held on February 8, 2021, Defense counsel Stephanie Carvlin's letters dated February 8, 2021 and February 9, 2021, and the Court's Order by memo endorsement dated February 9, 2021, the Court will hold a hearing on February 10, 2021 at 11:00 am to discuss next steps in this case including, without limitation, competency, treatment options, outstanding probation specifications, and remand. Attendance at this hearing is mandatory.

        The dial in information for this hearing is as follows:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 6871

Dated: New York, New York
          February 9, 2021

                                                _____
                                                **RICHARD M. BERMAN, U.S.D.J.**