UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

            -against-

SAMMY ORTIZ,
                         Defendant.
-------------------------------------------------------------X

13 CR 687 (RMB)

**ORDER**

**Richard M. Berman, U.S.D.J.:**

      C.J.A. attorney Stephanie Carvlin is appointed to represent Defendant effective July 31, 2019 on supervised release matters.

Dated: New York, New York
       February 22, 2021

_____
**Hon. Richard M. Berman, U.S.D.J.**