UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**

-against-

13 **CR.** 687 (RMB)

SAMMY ORTIZ,

Defendant.
-----------------------------------------------------------------X

For the reasons stated on the record today, and based upon the recommendations made by Dr. Alexander Bardey, in his April 26, 2021 forensic evaluation, the Court hereby modifies the terms of supervised release to include the placement of Mr. Ortiz in a MICA program forthwith.

Counsel are directed to meet and confer regarding the MICA program in which Mr. Ortiz will be placed.

A further hearing will be held with the parties on May 25, 2021 at 11:30 am

Dated: New York, New York
May 17, 2021

_____
**RICHARD M. BERMAN, U.S.D.J.**