**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

                                       13 CR. 687 (RMB)

      -against-
                                         **ORDER**

SAMMY ORTIZ,
                 Defendant.
------------------------------------------------------------X

        The Court will hold a supervised release hearing in this case on Tuesday, August 24, 2021 at 11:00 AM.

        In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 6871

Dated: August 20, 2021
       New York, NY

                                   RICHARD M. BERMAN
                                       U.S.D.J.