UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :
                                         :         13 Cr 687 (RMB)
                                         :
         - against -                     :         **ORDER**
                                         :
Sammy Ortiz,                             :
                    Defendant.           :
-------------------------------------------------------------x

The next hearing in this case is scheduled for October 5, 2021 at 10:30 am. See transcript of proceedings held on September 13, 2021 for a complete record.

Dated: New York, New York
       September 13, 2021

*[signature: Richard M. Berman]*

**RICHARD M. BERMAN**
U.S.D.J.