UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                              Government,     :
                                              :      13 Cr 687 (RMB)
                                              :
            - against -                       :      **ORDER**
                                              :
Sammy Ortiz,                                  :
Reg # 69012-054,                              :
                              Defendant.      :
---------------------------------------------------------------x

      The Court directs that the Medical Attention Form, dated September 9, 2021, issued by Magistrate Judge Lehrburger, and as supplemented in a letter dated September 13, 2021, by Stephanie Carvlin, Esq., be complied with immediately.

      The Court requests that the BOP provide the Court with a written report as to the treatment of Mr. Ortiz's medical conditions on or before September 21, 2021.

      The next hearing in this case is scheduled for October 5, 2021 at 10:30 am. The Court would like a representative of BOP to attend this hearing.

Dated:  New York, New York
          September 14, 2021

                                        _____
                                        **RICHARD M. BERMAN**
                                                U.S.D.J.