**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      13 CR. 687 (RMB)

  -against-

                                                      **ORDER**

SAMMY ORTIZ,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Tuesday, October 5, 2021 at 10:30 AM is hereby rescheduled to Thursday, October 7, 2021 at 9:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 6871

Dated: September 29, 2021
       New York, NY

                                                _____
                                                   RICHARD M. BERMAN
                                                       U.S.D.J.