UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

SAMMY ORTIZ,
                Defendant.
------------------------------------------------------------X

13 CR. 687 (RMB)

**ORDER**

      The supervised release hearing previously scheduled for Monday, November 8, 2021 at 12:00 PM is hereby rescheduled to Tuesday, November 9, 2021 at 12:30 PM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 6871

Dated: November 4, 2021
       New York, NY

                                        _____
                                            RICHARD M. BERMAN
                                                 U.S.D.J.