UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

   -against-

SAMMY ORTIZ,
               Defendant.
------------------------------------------------------------X

13 CR. 687 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, December 16, 2021 at 1:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 6871

Dated: December 9, 2021
       New York, NY

                                          RICHARD M. BERMAN
                                              U.S.D.J.