UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                            13 CR. 687 (RMB)

   -against-

                                                            **ORDER**

SAMMY ORTIZ,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, January 6, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 6871

Dated: December 22, 2021
       New York, NY

                                                _____
                                                   RICHARD M. BERMAN
                                                   U.S.D.J.