**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                   Government,

        -against-

SAMMY ORTIZ,

                 Defendant.

-------------------------------------------------------------X

13 CR. 687 (RMB)

**ORDER**

        In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, March 16, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 6871

Dated: March 9, 2022
       New York, NY

_____
        RICHARD M. BERMAN
            U.S.D.J.