UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                              13 CR. 687 (RMB)

   -against-

                                                                                                             **ORDER**

SAMMY ORTIZ,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the proceeding scheduled for Monday, March 21, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 6871

Dated: March 16, 2022
       New York, NY

                                                                               _____
                                                                                RICHARD M. BERMAN
                                                                                        U.S.D.J.