**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

                                       13 CR. 687 (RMB)

    -against-
                                       **ORDER**

SAMMY ORTIZ,
                    Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, March 29, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 6871

Dated: March 23, 2022
      New York, NY

                                           _____
                                            RICHARD M. BERMAN
                                              U.S.D.J.