UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                        **ORDER**

        -against-                                          13 **CR.** 687 (RMB)

SAMMY ORTIZ,

                          Defendant.
-----------------------------------------------------------X

On the consent of all parties, and for the reasons stated on the record today,

IT IS HEREBY ORDERED that the above captioned defendant, Sammy Ortiz, Reg. No. 69012-054, currently incarcerated at Essex, be produced on Wednesday, March 30, 2022, no later than 10:00 am, at the U.S. Marshals Service cellblock on the fourth floor of the Courthouse located at 500 Pearl Street, New York, New York, in order to be released to the custody of a representative of the United States Probation Department, Southern District of New York in order for the defendant to be transported initially to ACI and thereafter to VIP for inpatient residential treatment.

Dated: New York, New York
           March 29, 2022

                                              _____
                                              RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/22