UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
          Government,

-against-

SAMMY ORTIZ,
          Defendant.
------------------------------------------------------------X

13 CR. 687 (RMB)

**ORDER**

      The Court will hold a supervised release hearing on Wednesday, June 1, 2022 at 12:00 PM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 6871

Dated: May 26, 2022
       New York, NY

*Richard M. Berman*
_____
      RICHARD M. BERMAN
      U.S.D.J.