**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

           13 CR. 687 (RMB)

   -against-

**ORDER**

SAMMY ORTIZ,
              Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Tuesday, October 18, 2022 at 12:00 PM will be held in Courtroom 17B.

Dated: October 11, 2022
       New York, NY

                                *Richard M. Berman*
                              RICHARD M. BERMAN
                                  U.S.D.J.