UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

13 CR. 687 (RMB)

-against-

**ORDER**

SAMMY ORTIZ,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Tuesday, October 18, 2022 at 12:00 PM is hereby rescheduled to 9:00 AM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial in Number: (646) 453-4442
      Conference ID: 821 407 295#

Dated: October 17, 2022
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.