UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | ORDER |
| v. | : | |
| | : | Indictment No. 13-cr-687 (RMB) |
| SAMMY ORTIZ, | : | |
| Defendant. | : | |
| | : | |

-----------------------------------------------------------x

It is hereby ordered that inmate Sammy Ortiz, Reg. #69012-054, be released from incarceration today. He must abide by all mandatory, standard and special conditions of supervision, including the following:

Mandatory Conditions

He must not commit another federal, state, or local crime.

He must refrain from any unlawful use or possession of a controlled substance.

Standard Conditions

He must report to the United States Probation Office as directed.

He must work full time (at least 30 hours per week) at lawful employment, unless his probation officer excuses him from doing so. If he does not have full time employment, he must try to find full-time employment, unless his probation officer excuses him from doing so. If he plan to change where he works or anything about his work (such as his position or his job responsibilities), he must notify his probation officer as least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, he must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Special Conditions

[RMB] He must participate [weekly] in an [a] outpatient substance-abuse treatment program approved by the United States Probation Office as directed by his probation officer, which program ~~may~~ must [RMB] include testing to determine whether he has reverted to using drugs or alcohol. He must

contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available drug-treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

RMB He must participate **at least weekly** in an outpatient mental-health treatment program approved by the United States Probation Office. He must continue to take any prescribed medications unless otherwise instructed by the health care provider. He must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider. RMB

He must maintain a working cellular device to maintain **at least weekly** communication with the probation office.

Mr. Ortiz understands that his failure to comply with these conditions **may** lead to RMB revocation of his bail and potentially to new violation specifications. *Mr. Ortiz shall participate in a Court involved supervision hearing on November 2, 2022 at 9:30AM.* RMB

Dated: October 18, 2022

So Ordered:

RMB

Richard M. Berman