**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

                                                          13 CR. 687 (RMB)

   -against-

                                                          **<u>ORDER</u>**

SAMMY ORTIZ,
              Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Wednesday, November 2, 2022 at 9:30 AM will be held in Courtroom 17B.

Dated: October 27, 2022
       New York, NY

                                                    _____
                                                       RICHARD M. BERMAN
                                                            U.S.D.J.